MEMORANDUM OPINION



No. 04-02-00684-CV


Alicia Cupit ALEXANDER a/k/a Alicia Cupit King,


Appellant



v.



SAN PEDRO NORTH MOBILE HOME PARK, INC.,


Appellee



From the 224th Judicial District Court, Bexar County, Texas 


Trial Court No. 1999-CI-03089


Honorable David A. Berchelmann, Jr., Judge Presiding



PER CURIAM


Sitting: Catherine Stone, Justice

 Paul W. Green, Justice

 Sarah B. Duncan, Justice


Delivered and Filed: January 31, 2003


DISMISSED

 The parties have filed a joint motion to dismiss the appeal, stating that the parties have
reached a settlement agreement. The parties are seeking a dismissal of the appeal but request that the
trial court's judgment remain intact as a bar to relitigation. The parties' motion to dismiss is
GRANTED, and this appeal is DISMISSED in accordance with the parties' intentions. See Tex. R.
App. P. 42.1(a)(2); Caballero v. Heart of Tex. Pizza, L.L.C., 70 S.W.3d 180, 181 (Tex. App.--San
Antonio 2001, no pet.). Costs of appeal are taxed against the parties who incurred them. 

 PER CURIAM

PUBLISH